☐ ORIGINAL

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| RONALD BORIS ARCHER | ) | |
| | ) | |
| Defendant(s) | ) | |

FILED
APR 2 8 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**8    10   70350   B7**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 12, 2010__ in the county of __San Francisco__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code § 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:
Please see attached affidavit in support of Complaint

Approved as to form: _____ (AUSA Kevin J. Barry)

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Richard G. Anderson, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 28 April 2010

_____
*Judge's signature*

City and state: San Francisco, California

Hon. Bernard Zimmerman
*Printed name and title*

## AFFIDAVIT OF RICHARD G. ANDERSON
## IN SUPPORT OF CRIMINAL COMPLAINT

I, Richard G. Anderson, being duly sworn, depose and state as follows:

### INTRODUCTION

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been employed in that capacity for approximately twenty years. My primary responsibility is the investigation of violent crimes, including bank robberies.

2. This affidavit is made in support of an application for a criminal complaint against Ronald Boris Archer ("ARCHER") for violation of 18 U.S.C. § 2113(a), which prohibits bank robbery. There is probable cause to believe that on Monday, April 12, 2010, at approximately 2:30 p.m., ARCHER entered the Bank of America located at 2835 Geary Boulevard, in San Francisco, California, approached one of the bank employees and made a written announcement that he was robbing the institution. ARCHER was arrested on April 26, 2010 based upon his resemblance to the individual depicted in bank surveillance photographs and additional investigation. ARCHER was interviewed on April 26, 2010 and advised of his Miranda Rights. During the interview, ARCHER both admitted to and denied being the person depicted in the bank surveillance photographs. Subsequent investigation on April 26 and April 27, 2010 yielded additional evidence implicating ARCHER in the robbery of the Bank of America, 2835 Geary Boulevard in San Francisco on April 12, 2010. The purpose of this affidavit is to set forth facts establishing probable cause in support of a criminal complaint against ARCHER. The information contained in this affidavit is based either on my own personal knowledge or on information provided to me by other law enforcement agents and officers. Not all facts known to me are necessarily contained in this affidavit. The affidavit is limited to the facts relevant and necessary to establish probable cause for the requested criminal complaint.

### APPLICABLE STATUTE

3. Title 18 U.S.C. § 2113(a) provides in relevant part that:

Whoever, by force and violence, or by intimidation, takes, or attempts to take, from the person or presence of another, or obtains or attempts to obtain by extortion any property or money or any other thing of value belonging to, or in the care, custody, control, management, or possession of, any bank, credit union, or any savings and loan association ... [s]hall be fined under this title or imprisoned not more than 20 years, or both.

## FACTS SUPPORTING PROBABLE CAUSE

4.       On Monday, April 12, 2010, at approximately 2:30 p.m., a lone black male, hereinafter referred to as the robber, entered the Bank of America located at 2835 Geary Boulevard in San Francisco, California. He approached the deposit slip counter and stood there for a moment. The robber then approached the teller counter directly in front of a bank teller and handed the teller a white envelope. Written in black ink on the envelope were words to the effect "Smile. Put (10) x $100 into the envelope." The teller complied with the robber's demand and removed United States currency from the teller drawer. The teller then began audibly counting out $100 bills. When the teller reached the fifth $100 bill, the robber stated: "You can stop!" The teller continued counting in silence to the tenth $100 bill. The teller placed the money into the envelope handed to her by the robber and then gave the envelope back to the robber. The robber took the money, turned and walked out of the bank. The teller immediately notified other bank personnel of the robbery. Upon exiting the bank, the robber was followed by another bank employee who observed the robber walk West on Geary Boulevard, towards Collins Street, and then turn left (south) onto Collins Street. The bank employee also observed a red and white colored taxi parked on Collins Street, at Geary Boulevard, facing north. The bank employee believed the robber may have boarded the taxi.

5.       The institution sustained a loss of $1,000.00. On the day of the robbery, the deposits of the Bank of America, 2835 Geary Boulevard, San Francisco, California were insured by the Federal Deposit Insurance Corporation (FDIC).

6.       The victim and witness to the robbery described the robber as a black male, between late 30 and early 50 years of age, approximately 5'11" – 6'3" in height, weighing between 180 – 220 pounds and having short black hair. The robber wore a black business jacket and a gray crew neck sweater and carried a black briefcase.

7.       While the robbery occurred, video surveillance cameras were in operation at the Bank of America. Black and white video photographs of excellent quality were obtained from the continuously running video that recorded the events during the robbery. The photographs depict a black male wearing a dark business jacket and a lighter colored, open collared shirt. The individual also has short dark hair. The victim teller identified the individual depicted in the bank surveillance camera photographs as the person who robbed the bank on April 12, 2010. The teller also stated the robber appeared to be the same individual who robbed this same institution approximately 2 years ago.

8.       On Monday, April 12, 2010, immediately following the robbery of the Bank of America on Geary Boulevard, officers of the San Francisco Police Department (SFPD) broadcast

information that the robber may have boarded a waiting taxi cab after robbing the bank. Contact with the various taxi cab companies in San Francisco yielded information that a Luxor cab had driven a passenger to and from the area of the Bank of America, 2835 Geary Boulevard, San Francisco, California during the time of the bank robbery. The cab in question was located and the driver of the cab was interviewed. The cab driver advised that a passenger had hailed his cab at the intersection of Van Ness Avenue and Geary Boulevard. The passenger was described as a lighter complected black male, approximately 6' in height, weighing approximately 190 pounds or more and well dressed, wearing a suit jacket. The passenger was also described as well spoken with broad shoulders and broad chest. The passenger instructed the driver to take him to the area of Geary Boulevard and Masonic Avenue, at which time the cab driver drove west on Geary Boulevard. During the drive along Geary Boulevard, the passenger told the cab driver he was from New York and had been living in California for approximately fifteen (15) years; that he was employed at CALA Foods at the intersection of Hyde and California Streets in San Francisco; and that he was going to the bank to exchange some receipts related to his job at CALA foods. The passenger then asked the cab driver if he would be willing to wait for him while he ran into the bank, handing the cab driver a twenty dollar bill. The cab driver agreed to do so and parked his cab on Collins Street, at Geary Boulevard, with his taxi facing north while the passenger ran into the Bank of America. This particular bank branch is located approximately one block west from the intersection of Geary Boulevard and Masonic Avenue. The passenger returned to the cab a few minutes later and stated to the cab driver: "It took a little longer than expected; good you're still here." The cab driver returned the $20 dollar bill given to him by the passenger and then drove him to the intersection of Hyde Street and California Street in San Francisco. After relating this, the cab driver was presented with a bank surveillance camera photograph printed immediately following the robbery of the 2835 Geary Boulevard Bank of America on April 12, 2010. The cab driver indicated the person depicted in the photograph could probably be the customer he drove to and from the bank; however, the cab driver explained he does not really pay that much attention to his customers.

9.     On Monday, April 26, 2010, an individual matching the description of the individual who robbed the Bank of America, 2835 Geary Boulevard, San Francisco, California – and who strongly resembled the individual depicted in the surveillance photographs developed following the robbery – was observed by law enforcement officers walking south bound on Polk Street from O'Farrell Street in San Francisco, carrying a CALA Foods grocery bag. The individual was detained and subsequently identified as Ronald Boris Archer, black male, date of birth November 28, 1970, currently on California State Supervised Probation for incidents unrelated to this investigation. ARCHER was transported to the San Francisco Police Department Criminal Investigation Unit, 850 Bryant Street, San Francisco, California for interview. Prior to interview, ARCHER was advised of his Miranda Rights as per FBI form FD-395, which he acknowledged and signed. ARCHER provided a statement during interview wherein he both admitted he is the person depicted in surveillance camera photographs printed

following the robbery of the Bank of America, 2835 Geary Boulevard in San Francisco on April 12, 2010 and then denied he is the person depicted therein. Throughout the interview, ARCHER denied having robbed the Bank of America located at 2835 Geary Boulevard, San Francisco, California on April 12, 2010, or at any other time. ARCHER also stated that he was at his current place of employment on New Montgomery Street in San Francisco on the date and time of the robbery. ARCHER then invoked his fifth Amendment Right to remain silent and the interview of Archer was terminated.

10. On April 26, 2010, following the interview of ARCHER, SFPD officers, accompanied by me, conducted a search of his apartment, located at 1447 Sacramento Street, #3, San Francisco, California, based upon the conditions of his supervised probation. At ARCHER's apartment, officers located a dark gray business jacket and a black business jacket. They also found a white envelope with a bank robbery demand written as follows: "*PLACE (10) $100 DOLLAR BILLS INTO THIS ENVELOPE & HAND IT BACK TO ME QUICKLY!" ARCHER's apartment is approximately one and a half blocks from the intersection of Hyde Street and California Street in San Francisco, the location where the cab driver dropped off his passenger immediately following the robbery on April 12.

11. On April 27, 2010 a photographic line-up was presented to the victim teller and witness to the robbery that occurred at the Bank of America, 2835 Geary Boulevard, San Francisco, California on April 12, 2010. The victim teller identified the photograph of ARCHER as the individual that robbed the bank on April 12, 2010, adding that the photograph looked different than the robber in that the robber was heavier set and had a lighter skin complexion than the person depicted in the photographic array. The witness to the robbery was unable to make an identification from the photographic array.

12. On April 27, 2010, officers conducted interviews were conducted at ARCHER's stated place of employment on New Montgomery Street in San Francisco regarding his whereabouts on April 12, 2010. The company Program Manager was presented with a composite photograph (three photographs on one sheet) containing bank surveillance camera photographs from the April 12, 2010 Bank of America robbery at 2835 Geary Boulevard. The Program Manager, immediately and without having been provided a name of the suspected bank robber, identified the individual depicted therein as ARCHER. The Program Manager also advised that ARCHER's employment with the company had been terminated on March 25, 2010. Thus, ARCHER was not employed at the company and was not working for the company on April 12, 2010 as he claimed during his interview on April 26, 2010.

///

## CONCLUSION

13. Based upon the foregoing facts, there is probable cause to believe that Ronald Boris Archer, date of birth November 28, 1970, robbed the Bank of America located at 2835 Geary Boulevard, San Francisco, California on Monday, April 12, 2010, in violation of 18 U.S.C. § 2113(a).

RICHARD G. ANDERSON
Special Agent
Federal Bureau of Investigation

Approved as to form:

KEVIN J. BARRY
Assistant United States Attorney

Subscribed and sworn to before me
this 28 day of April, 2010.

HON. BERNARD ZIMMERMAN
United States Magistrate Judge