BARRY J. PORTMAN
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant

**FILED**

APR 2 9 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-70350 B2 |
| Plaintiff, | DEFENDANT'S ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS |
| v. | |
| Ronald Archer | |
| Defendant. | |

I, *Ronald Archer*, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking my waiver of any rights, unless my counsel is present.

Dated: 4/29/10

_____
BARRY J. PORTMAN
Federal Public Defender
Northern District of California
RITA BOSWORTH
Assistant Federal Public Defender

DEF. ASSERTION 5th & 6h AMEND. RIGHTS