☐ ORIGINAL

1901290

1011-0513-2828-5

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of California

**FILED**

MAY 1 4 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States of America
v.
RONALD BORIS ARCHER

_Defendant_

Case No.

3   10   7 0 3 5 0   BZ

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ **RONALD BORIS ARCHER**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Bank Robbery – 18 United States Code § 2113(a)

Date: 28 April 2010

_Issuing officer's signature_

City and state: San Francisco, California     Hon. Bernard Zimmerman, U.S. Magistrate Judge
_Printed name and title_

**EXECUTED**

### Return

This warrant was received on _(date)_ 04/28/2010, and the person was arrested on _(date)_ 04/29/2010
at _(city and state)_ San Francisco CA.

Date: 05/13/2010

_Arresting officer's signature_

R. Anderson, FBI SA/by M. Dyke, SDUSM
_Printed name and title_