AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

18 U.S.C. Section 2113(a) -- Bank Robbery

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
20 years' imprisonment; 3 years' supervised release; $250,000 fine; $100 special assessment

**DEFENDANT - U.S.**
RONALD BORIS ARCHER

**DISTRICT COURT NUMBER**
CR 10 0399 MMC

FILED 2010 MAY 18 P 2:12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---- PROCEEDING ----

**Name of Complaintant Agency, or Person (&Title, if any)**
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
10-mj-70350 BZ

**Name and Office of Person Furnishing Information on THIS FORM**
Joseph P. Russoniello
☒ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
Kevin J. Barry

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

E-filing   VENUE: SAN FRANCISCO

CR 10 0399 MMC

FILED
2010 MAY 18 P 2:13
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

RONALD BORRIS ARCHER,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 2113(a) - Bank Robbery

---

A true bill.

_____ Foreman

Filed in open court this 18th day of

May 2010

_____  KAREN L. HOM
JOSEPH C. SPERO                Clerk
**UNITED STATES MAGISTRATE JUDGE**

Bail, $ no process

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney



E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MMC

| UNITED STATES OF AMERICA, | ) CR No. 10 0399 |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: Title 18, United States Code, Section 2113(a) - Bank Robbery |
| RONALD BORIS ARCHER, | ) |
| Defendant. | ) SAN FRANCISCO VENUE |

INDICTMENT

The United States Attorney charges:

On or about April 12, 2010, in the Northern District of California, the defendant,

RONALD BORIS ARCHER,

did knowingly and by force and violence, and by intimidation, take away from the persons and presence of employees of the Bank of America, located at or near 2835 Geary Boulevard in San Francisco, California, approximately $1,000 in United States currency belonging to and in the care, custody, control, management and possession of the Bank of America, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18,

INDICTMENT

1  United States Code, Section 2113(a).

2

3

4  DATED:                                                              A TRUE BILL.

5  May 18, 2010

6                                                                                FOREPERSON

7  JOSEPH P. RUSSONIELLO
8  United States Attorney

9

10

11 GREGG W. LOWDER
   Chief, Major Crimes Section
12

13

14 (Approved as to form: _____
                          KEVIN J. BARRY
15                        Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                                                      2