AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☒ SUPERSEDING

--- OFFENSE CHARGED ---

18 U.S.C. Section 2113(a) -- Bank Robbery (3 counts)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:

20 years' imprisonment; 3 years' supervised release; $250,000 fine; $100 special assessment (each count)

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Joseph P. Russoniello
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Kevin J. Barry

--- Name of District Court, and/or Judge/Magistrate Location ---
NORTHERN DISTRICT OF CALIFORNIA

--- DEFENDANT - U.S. ---

▶ RONALD BORIS ARCHER

DISTRICT COURT NUMBER

CR No. 10-0339 MMC

FILED
2010 JUL -6  A 9: 36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

--- DEFENDANT ---

IS NOT IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3 
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,    )   No. CR 10-0339 MMC
13 |         Plaintiff,           )
                                  )
14 |      v.                      )   VIOLATIONS: Title 18, United States
                                  )   Code, Section 2113(a) - Bank Robbery (3
15 | RONALD BORIS ARCHER,         )   Counts)
                                  )
16 |         Defendant.           )   SAN FRANCISCO VENUE
17 |_____)
18
19                          SUPERSEDING INFORMATION
20
21  The United States Attorney charges:
22  Count One:   18 U.S.C. §2113(a) – Bank Robbery
23       On or about April 12, 2010, in the Northern District of California, the defendant,
24                            RONALD BORIS ARCHER,
25  did knowingly and by force and violence, and by intimidation, take away from the persons and
26  presence of employees of the Bank of America, located at or near 2835 Geary Boulevard in San
27  Francisco, California, approximately $1,000 in United States currency belonging to and in the
28  care, custody, control, management and possession of the Bank of America, the deposits of which

SUPERSEDING INFORMATION
10-0339 MMC

1  were then insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18,
2  United States Code, Section 2113(a).
3
4  Count Two:   18 U.S.C. §2113(a) – Bank Robbery
5       On or about July 2, 2009, in the Northern District of California, the defendant,
6                        RONALD BORIS ARCHER,
7  did knowingly and by force and violence, and by intimidation, take away from the persons and
8  presence of employees of the Bank of America, located at or near 2835 Geary Boulevard in San
9  Francisco, California, approximately $600 in United States currency belonging to and in the care,
10 custody, control, management and possession of the Bank of America, the deposits of which were
11 then insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United
12 States Code, Section 2113(a).
13
14 Count Three:   18 U.S.C. §2113(a) – Bank Robbery
15       On or about September 5, 2008, in the Northern District of California, the defendant,
16                       RONALD BORIS ARCHER,
17 did knowingly and by force and violence, and by intimidation, take away from the persons and
18 presence of employees of the Bank of America, located at or near 2835 Geary Boulevard in San
19 Francisco, California, approximately $1,000 in United States currency belonging to and in the
20 care, custody, control, management and possession of the Bank of America, the deposits of which
21 were then insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18,
22 United States Code, Section 2113(a).
23
24 Dated: June 30, 2010                       JOSEPH P. RUSSONIELLO
                                              United States Attorney
25
26                                            _____
                                              GREGG W. LOWDER
27                                            Chief, Major Crimes Section
   (Approved as to form _____)
28 KEVIN J. BARRY
   Assistant U.S. Attorney

SUPERSEDING INFORMATION
10-0339 MMC                                  2