AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

United States of America )
v. )
        )
Ronald Archer )
_Defendant_ )

Case No. CR-10-399 MMC

**FILED**

JUL 0 7 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   7/7/10

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

Rita Bosworth
_Printed name of defendant's attorney_

_____
_Judge's signature_

MARIA-ELENA JAMES
_Judge's printed name and title_

**Maria Elena James**
**United States Chief Magistrate Judge**