UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE HONORABLE CHARLES R. BREYER
Courtroom Clerk: Barbara Espinoza

**CRIMINAL PRETRIAL MINUTES**

**FILED**

Date: **September 29, 2010**          9 minutes          SEP 2 9 2010

Reporter: Belle Ball

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: CR-10-0399 - CRB          DEFT: RONALD BORIS ARCHER
                                   (X)Present

AUSA: Kevin Barry                  DEF ATTY: Rita Bosworth
USPO: Ann Searles
Interpreter: _____

**REASON FOR HEARING** Judgment and Sentencing

**RESULT** forty-six(46) months as to count one. Court recommends the defendant be placed in a BOP facility in the state of California. Counts two and three dismissed on the government's motion.

Motions (if any) to be filed no later than _____

Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** _____ **for** _____

**JUDGMENT** forty-six (46) months as to count one upon release to three(3) years supervised release under the standard and additional conditions set forth. Assessment fee: $100.00; Fine waived; Restitution: $1,000.00

Notes: defendant remanded to custody